No. 01–8641.  RIGGINS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–8642.  BROWN *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–8646.  BARBER *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 01–8655.  JARVIS *v.* UNITED STATES ET AL.  C. A. 4th Cir. Certiorari denied.

No. 01–8657.  CHRISTOPHER *v.* UNITED STATES. C. A. 11th Cir.  Certiorari denied.

No. 01–8658.  ADAMS *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 01–8659.  McCLAIN *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–8660.  OGUNBAYO *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–8665.  VALLEJO-OCAMPO *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 01–8667.  SWINT *v.* UNITED STATES. C. A. 3d Cir.  Certiorari denied.

No. 01–8671.  THOMPSON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–8675.  BROWN *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 01–8676.  DEAN *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–8680.  GALVAN-JUAREZ *v.* UNITED STATES; and MORENO TORRES *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–8683.  HOWARD *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.